UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | Under Seal |
| | : | |
| **DANIEL CROSBY,** | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO SEAL
PROCEEDINGS, PLEADINGS AND OTHER FILINGS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to seal the proceedings in this matter pertaining to this defendant and to file the Information, any pleadings, and other filings made in connection with such proceeding under seal, including the instant motion to seal. In support of this motion, the government states as follows:

1. The defendant in this case has agreed to enter a plea of guilty to an Information which charges him with conspiracy relating to his participation in the fraudulent obtaining of mortgage loans. Defendant has information about mortgage fraud in the District of Columbia metropolitan area and is in the position to offer assistance to law enforcement.

2. As part of his plea agreement, the defendant has agreed to provide cooperation to the government in the prosecution of persons engaged in mortgage fraud.

3. Due to his cooperation and assistance in this regard, immediate public disclosure of his cooperation would likely place the personal safety of the cooperating defendant and the federal agents working with his at risk. In addition, premature public notice of defendant's cooperation could alert others to the likelihood that they are under investigation, thereby resulting in impairment of the investigation, destruction of evidence and/or flight.

4. Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify sealing of the plea proceedings in this case, this motion and all other pleadings and filings made in connection with such plea, and the filing of any such matters until: (a) the fact and particulars of defendant's cooperation must be disclosed, pursuant to the government's legal obligations, to counsel for other individuals who may have judicial proceedings in the future; or (b) the government represents that the items covered by this motion can be made public without substantial risk to the safety of defendant or others.

5. Defense counsel does not oppose this request.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
DC Bar No. 451058

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar No. 411980
Fraud and Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-9732

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of October, 2005, that a copy of the foregoing Motion to Seal and proposed Order was served by first-class mail to:

Curtis A. Boykin, Esq.
Frederick A. Douglas, Esq.
Douglas Boykin & Oden PLLC
1401 Eye Street, N.W., Suite 310
Washington, D.C. 20005

> Virginia Cheatham
> Assistant United States Attorney
> 555 4th Street, N.W., 5th Floor
> Washington, D.C. 20001
> (202) 514-9732