**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| **v.** | : | **Under Seal** |
| | : | |
| **DANIEL CROSBY,** | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court upon the government's unopposed Motion to Seal

Proceedings, Pleadings, and Other Filings.  For the reasons stated therein, it is this ___ day of

October 2005,

ORDERED that the plea proceedings shall be sealed; that the Clerk's Office shall file the

Information and plea agreement under seal; that the Clerk's Office shall file the government's

unopposed Motion to Seal Proceedings, Pleadings, and Other Filings and this Order under seal

until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Curtis A. Boykin, Esq.
Frederick A. Douglas, Esq.
Douglas Boykin & Oden PLLC
1401 Eye Street, N.W., Suite 310
Washington, D.C. 20005