UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 5-377 |
| | : | |
| v. | : | Under Seal |
| | : | |
| DANIEL CROSBY, | : | |
| Defendant. | : | |

**FILED**
OCT 31 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based on the representations in the government's motion to seal file the Information, any pleadings, and other filings made in connection with such proceeding under seal, including the instant Motion to Seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court makes the following:

*Findings of Fact*

Pursuant to the plea agreement to be filed in this case, the defendant has agreed to assist the United States in the investigation and prosecution of others. If the fact of the anticipated cooperation became known, the targets of the investigation will be put on notice as to the anticipated cooperation, which risks impairment of the investigation, destruction of evidence and/or flight. The public docketing at this time of any notice that the government has filed a motion to seal an Information and other pleadings, records and files and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion could also put the targets on notice of the anticipated cooperation.

Based on the representations in the government's motion including defendant's agreement to the proposed sealing, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's

motion and this Order have been filed with the Criminal Clerk's office under seal. *Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

Based on the above, it is this **31st** day of October, 2005 hereby

**ORDERED** that this Order, and the attached motion to seal the Information and other pleadings, recordings and files in this case relating to this defendant and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court. It is

**FURTHER ORDERED** that the government's Information, and all pleadings, records and files in this case relating to this defendant shall be placed under seal by the Criminal Clerk's office until further order of this or other court of competent jurisdiction. It is

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the government's Information, the government's Motion to Seal and the Order granting such motion, and other pleadings filed under seal in this case relating to this defendant until further order of this or other court of competent jurisdiction. It is

**FURTHER ORDERED** that notwithstanding the other provisions of this Order, the government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this sealing Order to allow the government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case, or to comply with its discovery, *Giglio* and *Brady* obligations in any pending criminal case in which the defendant herein may be called as a witness. It is

FURTHER ORDERED, that ~~notwithstanding other provisions of this Order, absent good cause shown after notice to the parties herein, this matter shall be unsealed 24 months after the final imposition of sentence.~~ the government shall notify the court as soon as the need for sealing no longer exists.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Curtis A. Boykin, Esq.
Frederick A. Douglas, Esq.
Douglas Boykin & Oden PLLC
1401 Eye Street, N.W., Suite 310
Washington, D.C. 20005