AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Daniel Crosby

**WAIVER OF INDICTMENT**

Sealed

CASE NUMBER: 5-377

I, __Daniel Crosby__, the above named defendant, who is accused of

**FILED**

NOV 1 - 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/1/05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer