UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-377 (RWR) |
| | : | |
| v. | : | Under Seal |
| | : | |
| **DANIEL CROSBY,** | : | |
| Defendant. | : | |

JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Daniel Crosby, by and through his attorney, Curtis A. Boykin, hereby submit the following status report in compliance with the Court's order issued in court on November 1, 2005:

1. The defendant pleaded guilty to Conspiracy, in violation of 18 U.S.C. Section 371 on November 1, 2005. In his plea agreement, the defendant agreed to cooperate with law enforcement. This case is currently under seal. By Order dated October 31, 2005, the Court ordered that "all pleadings, records, and files in this case relating to this defendant shall be placed under seal by the Criminal Clerk's office until further order of this or other court of competent jurisdiction." The parties understand that the October 31, 2005 Order to cover subsequent filed pleadings, such as the instant status report.

2. Since the entry of the plea, the defendant (and his counsel) have met with special agents with the Federal Bureau of Investigation (and, at times, with the undersigned Assistant U.S. Attorney) and provided information about mortgage fraud and real estate transactions.

3. The information provided by the defendant is currently being processed by the FBI and the United States Attorney's Office.

4. The parties request additional time for the defendant's cooperation, which may include

testifying in the trial of <u>United States v. Charles Hall</u>, currently scheduled to begin on May 1, 2006.

    5. The parties request a further date of June 20, 2006 to submit a further joint status report.

    WHEREFORE, the parties request a further status report date of June 20, 2006.

Respectfully submitted,

| | |
|---|---|
| DANIEL CROSBY | KENNETH L. WAINSTEIN<br>United States Attorney<br>for the District of Columbia |
| By: _____<br>Curtis A. Boykin<br>Attorney for the Defendant<br>Douglas, Boykin & Oden PLLC<br>1401 Eye Street, N.W. Suite 310<br>Washington, D.C. 20005<br>(202) 842-1800 | By: _____<br>VIRGINIA CHEATHAM<br>Assistant U.S. Attorney<br>Bar No. 411980<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-9732 |