UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. |
| : | |
| v.           : | Under Seal |
| : | |
| **DANIEL CROSBY,** : | |
|          **Defendant.** : | |

## ORDER

Based on the representations in the parties' status report, filed February 1, 2006, it is,

this _____ day of February, 2006 hereby:

**ORDERED** that the parties will provide to Court a further joint status report on or before June 20, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Curtis A. Boykin, Esq.
Frederick A. Douglas, Esq.
Douglas Boykin & Oden PLLC
1401 Eye Street, N.W., Suite 310
Washington, D.C. 20005