RECEIVED
FEB 21 2006
Chambers of Judge Roberts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 05-377 |
| v. | : Under Seal |
| DANIEL CROSBY, Defendant. | |

FILED
FEB 22 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the representations in the parties' status report, filed February 1, 2006, it is,

this _16th_ day of February, 2006 hereby:

**ORDERED** that the parties will provide to Court a further joint status report on or before ~~June 20,~~ May 1, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Curtis A. Boykin, Esq.
Frederick A. Douglas, Esq.
Douglas Boykin & Oden PLLC
1401 Eye Street, N.W., Suite 310
Washington, D.C. 20005