UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-377 (RWR) |
| | : | |
| v. | : | Under Seal |
| | : | |
| **DANIEL CROSBY,** | : | |
| Defendant. | : | |

UNOPPOSED MOTION TO UNSEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to unseal the plea proceedings, Information, plea agreement, and any other filings in the above-captioned case.

The defense attorney has been informed of this request, and does not object.

In support of its motion, the government states that there is no longer a need for the sealing, and that it anticipates a requirement to provide records, which are currently under seal, to an attorney in the near future in furtherance of its obligation pursuant to the Jencks Act. The government anticipates calling Defendant Crosby in the trial of United States v. Charles Hall, Cr. No. 04-543 (RWR), which is scheduled to begin on May 1, 2006.

Therefore, the government respectfully requests that the Court grant the motion to unseal.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
VIRGINIA CHEATHAM
D.C. Bar #411980
Assistant U.S. Attorney
Fraud/Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

CERTIFICATE OF SERVICE

      I hereby certify that on this _____ day of March, 2006, that a copy of the foregoing Motion and proposed Order was served by first-class mail to:

Curtis A. Boykin
Attorney for the Defendant
Douglas, Boykin & Oden PLLC
1401 Eye Street, N.W. Suite 310
Washington, D.C. 20005

                                                                                                                _____
                                                                                                                Virginia Cheatham
                                                                                                                Assistant United States Attorney
                                                                                                                555 4th Street, N.W., 5th Floor
                                                                                                                Washington, D.C. 20530
                                                                                                                (202) 514-9732