**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 05-377 (RWR)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DANIEL CROSBY,** | **:** | |
| **Defendant.** | **:** | |

ORDER

      This matter comes before the Court upon the government's Motion to Unseal

Proceedings, Pleadings, and Other Filings.  For the reasons stated therein, it is this ___ day of

March, 2006:

      ORDERED that the plea proceedings shall be unsealed and that the Clerk's Office shall

remove the seal from the Information, plea agreement, and any other filings.


_____

UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
Fraud/Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

Curtis A. Boykin
Attorney for the Defendant
Douglas, Boykin & Oden PLLC
1401 Eye Street, N.W. Suite 310
Washington, D.C. 20005