UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Criminal No. 05-377 (RWR) |
|---|---|---|
| v. | : | |
| DANIEL CROSBY, | : | |
| Defendant. | : | |

FILED
MAR 29 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

This matter comes before the Court upon the government's Motion to Unseal Proceedings, Pleadings, and Other Filings. For the reasons stated therein, it is this 28th day of March, 2006:

ORDERED that the plea proceedings shall be unsealed and that the Clerk's Office shall remove the seal from the Information, plea agreement, and any other filings.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
Fraud/Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

Curtis A. Boykin
Attorney for the Defendant
Douglas, Boykin & Oden PLLC
1401 Eye Street, N.W. Suite 310
Washington, D.C. 20005

