UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-377 (RWR) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CROSBY, | : | |
| Defendant. | : | |

JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Daniel Crosby, by and through his attorney, Curtis A. Boykin, hereby submit the following status report in compliance with the Court's order requiring a joint status report due May 1, 2006.

1. The defendant pleaded guilty to Conspiracy, in violation of 18 U.S.C. Section 371 on November 1, 2005. In his plea agreement, the defendant agreed to cooperate with law enforcement. This case is not under seal.

2. The defendant is scheduled to testify in the trial of <u>United States v. Charles Hall</u>, currently scheduled to begin on May 1, 2006.

5. The parties request a further date of June 30, 2006 to submit a further joint status report.

WHEREFORE, the parties request a further status report date of June 30, 2006.

Respectfully submitted,

| | |
|---|---|
| DANIEL CROSBY | KENNETH L. WAINSTEIN<br>United States Attorney<br>for the District of Columbia |
| By: _____<br>Curtis A. Boykin<br>Attorney for the Defendant<br>Douglas, Boykin & Oden PLLC<br>1401 Eye Street, N.W. Suite 310<br>Washington, D.C. 20005<br>(202) 842-1800 | By: _____<br>VIRGINIA CHEATHAM<br>Assistant U.S. Attorney<br>Bar No. 411980<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-9732 |