UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-377 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **DANIEL CROSBY,** | : | |
|       **Defendant.** | : | |

## NOTICE OF FILING

The government requests that the attached material be made part of the record in this case.

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          United States Attorney
          for the District of Columbia


By:  _____
      VIRGINIA CHEATHAM
      Assistant U.S. Attorney
      Bar No. 411980
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-9732

## CERTIFICATE OF SERVICE

     I hereby certify that on this 2nd day of May, 2006, that a copy of the foregoing Notice was served by first class mail to:

Curtis A. Boykin, Esq.
Frederick A. Douglas, Esq.
Douglas Boykin & Oden PLLC
1401 Eye Street, N.W., Suite 310
Washington, D.C. 20005


          _____
          Virginia Cheatham
          Assistant U.S. Attorney