UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-377 (RWR) |
| | : | |
| v. | : | FILED |
| | : | |
| DANIEL CROSBY, | : | MAY 3 - 2006 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Based on the representations in the parties' status report, filed April 28, 2006, and in light of the May 1, 2006 order continuing the trial of United States v. Charles Hall, Cr. No. 04-543(RWR), it is, this _____ day of May, 2006 hereby:

**ORDERED** that the parties will provide to Court a further joint status report on or before August 1, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE


Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Curtis A. Boykin, Esq.
Frederick A. Douglas, Esq.
Douglas Boykin & Oden PLLC
1401 Eye Street, N.W., Suite 310
Washington, D.C. 20005