**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-377 (RWR) |
| ) | |
| DANIEL CROSBY, ) | |
| ) | |
| *Defendant.* ) | |

**JOINT STATUS REPORT**

Daniel Crosby, by and through his attorneys, Douglas & Boykin PLLC, and the United States, by and through its attorneys, hereby submit the following joint status report in compliance the Order of Court dated May 3, 2006, requiring the parties to provide a further joint status report on or before August 1, 2006.

1.     On November 1, 2005, Defendant entered a plea of guilty to Conspiracy, in violation of 18 U.S.C. § 371.  In his plea agreement, Defendant agreed to cooperate with law enforcement, and has done so.

2.     On July 26, 2006, Defendant testified in the trial of United States v. Charles, (Cr. No. 04-543).

3.     The parties request a further date of November 1, 2006 to submit a further joint status report.

WHEREFORE, the parties hereby request a further status report date of November 1, 2006.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

| | |
|---|---|
| DANIEL CROSBY | KENNITH L. WAINSTEIN<br>United States Attorney for<br>The District of Columbia |
| <br>          / S /<br>By:  _____<br>   CURTIS A. BOYKIN (#444120)<br>   Douglas & Boykin PLLC<br>   1401 I Street, NW<br>   Suite 310<br>   Washington, DC  20005<br>   (202) 842-1800 | <br><br>By:  _____<br>   VIRGINIA CHEATHAM (# 411980)<br>   Assistant U.S. Attorney<br>   555 4th Street, NW<br>   Washington, DC 20530<br>   (202) 514-9732 |