UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>)<br>DANIEL CROSBY, )<br>)<br>*Defendant.* )<br>) | CRIMINAL NO. 05-377 (RWR) |

## ORDER

Based on the representations and requests of the parties in their Joint Status Report filed August 2, 2006, it is this ___ day of August, 2006 hereby:

ORDERED that the parties will provide to the Court a further joint status report on or before November 1, 2006.

SO ORDERED.

_____
THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

Frederick A. Douglas, Esquire
Curtis A. Boykin, Esquire
Douglas & Boykin PLLC
1401 Eye Street, NW – Suite 301
Washington, DC 20005