UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 05-377 (RWR) |
| | : |
| v. | : |
| | : |
| DANIEL CROSBY, | : |
|       Defendant. | : |

JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Daniel Crosby, by and through his attorney, Curtis A. Boykin, hereby submit the following status report in compliance with the Court's order requiring a joint status report due November 1, 2006.

    1. The defendant pleaded guilty to Conspiracy, in violation of 18 U.S.C. Section 371 on November 1, 2005. In his plea agreement, the defendant agreed to cooperate with law enforcement. This case is not under seal.

    2. The defendant testified in the trial of <u>United States v. Charles Hall</u>.

    3. The defendant may have additional information regarding another subject.

    4. The parties request that the Court refer the matter to the Probation Office for the preparation of a presentence investigative report and set the matter down for sentencing on a date mutually agreeable to the Court and parties.

WHEREFORE, the parties request that a sentencing hearing be scheduled in this case.

Respectfully submitted,

| DANIEL CROSBY | JEFFREY A. TAYLOR |
| --- | --- |
| | United States Attorney |
| | for the District of Columbia |

By: _____  By: _____
Curtis A. Boykin                                VIRGINIA CHEATHAM
Attorney for the Defendant              Assistant U.S. Attorney
Douglas, Boykin & Oden PLLC        Bar No. 411980
1401 Eye Street, N.W. Suite 310      555 4th Street, N.W.
Washington, D.C. 20005                  Washington, D.C. 20530
(202) 842-1800                                   (202) 514-9732