UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 05-377 (RWR) |
| ) | |
| DANIEL CROSBY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Based on the representations made by the parties in their Joint Status Report, it is hereby

ORDERED that the sentencing hearing be, and hereby is, SCHEDULED for February 7, 2007 at 9:30 a.m.  It is further

ORDERED that this case be referred to Probation for the preparation of a Presentence Investigation Report.

SIGNED this 14th day of December, 2006.

RICHARD W. ROBERTS
United States District Judge