UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 05-377 (RWR) |
| ) | |
| DANIEL CROSBY, ) | |
| ) | |
| Defendant. ) | |

**FILED**
JAN 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

It is hereby

ORDERED that the sentencing hearing be, and hereby is, RESCHEDULED to March 9, 2007 at 9:45 a.m.

SIGNED this ___4th___ day of January, 2007.

_____
RICHARD W. ROBERTS
United States District Judge