# Letter in Support of Daniel Crosby

# From Daniel Crosby

*UNITED STATES vs. DANIEL CROSBY*
(Case No. CR-05-377-01 (RWR))

January 31, 2007

The Honorable Richard Roberts
333 Constitution Avenue, NW
Washington, DC 20001

    Re:    Case # 05CR377 - Daniel Thomas Crosby

Dear Judge Roberts:

My name is Daniel Crosby, I was born and raised in Prince Georges County, MD. I am a husband and a father, a graduate of the University of Maryland and a proud member of Kappa Alpha Psi Fraternity, Inc. I stood before you on November 1, 2005 and entered a guilty plea of one felony count of conspiracy to commit bank fraud. In preparation for my sentencing hearing on March 9, 2006, I wanted to write this letter in an effort to articulate the acceptance of my responsibilities and to simply ask for a second chance.

I have asked my mother and brother to submit letters on my behalf and I trust that they will give you a candid insight into my childhood and experiences growing up. My mother is a huge influence in my life and my brother makes me extremely happy with his success and independence. Additionally, I am sure my wife will shed light on my character more as an adult, husband and father to my two boys. I have known my wife since 1994 and we have hardly spent more than a day apart in those 12 ½ years.

I entered into real estate as a means to satisfy my entrepreneurial interests and more importantly to gain more autonomy over my schedule in preparation for the birth of my 2nd child and the growth of my family. I started doing open houses and learning the craft while working full-time in technology management at MCI. I finally left MCI and begin in the real estate profession full-time in the fall of 2002. I started as a licensed assistant and began supporting the clients of my team leader and finally earned my DC real estate license in February 2003. I approached each task with pride and enthusiasm, trying to absorb ever little detail as I learned on the job.

My philosophy has always been to put my self in a position to add value and that no task was too small. I supported each transaction to the best of my ability. I did not go into these transactions looking to defraud or pilfer the financial institutions. When I got a sense of impropriety, I allowed those individuals involved to cast transparent excuses and pass them off as a creative means to close the deal.

I should have known better and was weak in my resolve to stand firm on my ideals. The ideals that my mother instilled in me; to be honest, respect others and treat people equally. I did not show respect for myself or those around me. I realized that the things I was being asked to do, where not only outside the scope of a real estate agent, but simply did not make sense. When it was obvious that these were just simply bad deals, I walked away.

Personally, I have spent the last year and a half preparing myself and my family for this day. Not knowing the outcome, but simply preparing for the worst case scenario. My wife and I have been tireless in maintaining normalcy in our household for the benefit of our two boys, Chase and Gavin. It is critically important for my boys to have their father as the head in their household.

Professionally, I have separated myself for those individuals who did not share my same sense of community and lawfulness. I counsel and mentor my peers on the perils of this business and to educate them on how to identify fraudulent activities. I felt it to be my charge to ensure that they where aware of the signs and pitfalls that befell me.
In conclusion, I accept responsibility for my actions and have been atoning for my actions since this process started for me over a year and a half ago. I humbly request for leniency in your sentencing in the form of probation without incarceration.


Respectfully,

*[signature]*

Daniel Crosby