# Letter in Support of Daniel Crosby

# From April R. Crosby

*UNITED STATES vs. DANIEL CROSBY*
(Case No. CR-05-377-01 (RWR))

February 1, 2007

Re:  Case # 05CR377  Daniel Thomas Crosby

To the Honorable Judge Roberts:

My name is April Crosby and I am the wife of Daniel Thomas Crosby. I am writing this letter to express my feelings about Danny as a husband, father and friend.

Danny and I met during my freshman year in college at the University of Maryland at College Park. We became good friends and dated for four years before getting engaged. Danny and I worked through the trials and tribulations of maturing and discovering ourselves while maintaining a relationship. Danny was a good student, very active in his fraternity and maintained a job. I remember him dropping me off and picking me up from my retail job because I didn't have a car and never complaining once. Danny was always there to help me think things through and make the best decision. He pushed me when I wanted to give up or take the easy way out and always looked for the good in people and situations.

We have now been married for almost nine years. Danny and I have grown and matured together over the years. He has always been extremely caring, supportive and encouraging. He was my number one supporter when I decided to go back to school, despite having two children and a good job. He stepped up to the plate, putting our two year old and six month old sons to bed so that I could study. He would often get up in the middle of the night with our son, so that I could get some sleep and he even encouraged me to take some time for myself. Danny is a very compassionate and dedicated husband and father. Everything that Danny does is with his family in mind. He values family and is very committed to being a source of encouragement and support.

My working hours require that Danny pick up, feed and get the boys ready for bed. Although my schedule decreases the time he is available to work, he enjoys the time with the kids and supports me in establishing my career. We have a very busy schedule with the kids, our careers and our extended families. Danny grew up in a big family that is very close. We get together often with his family for dinner, birthdays and holidays. Family plays a big role in our lives. Chase and Gavin (our children) have a close and loving relationship with their dad. They look up to him and value his opinion and attention. They look to him for guidance and affection in ways that I am not able to provide. The three of them share a very unique bond that I am proud to see.

I can not express in words the love that Danny and I share, but he definitely is my soulmate. Danny is a very trusting person, who tries to treat everyone fairly. He is a hard worker and a "people person". Danny is a well liked and respected man within the community, family and friends. He is not a selfish or greedy person, but rather a giving and helpful person. I hope this letter gives you some idea of the Daniel Crosby that I know and love. I hope it will assist you in making a compassionate and appropriate sentence. I appreciate you taking the time to read my letter and hope that you will be able to keep our family together.

Sincerely,

April R. Crosby
8508 River Park Rd
Bowie, MD 20715