# Letter in Support of Daniel Crosby

# From Deborah A. Gunn

*UNITED STATES vs. DANIEL CROSBY*
(Case No. CR-05-377-01 (RWR))

January 28, 2007

Re: Case # 05CR377  Daniel Thomas Crosby

To the Honorable Judge Roberts:

My name is Deborah Gunn, and I am the mother of Daniel Thomas Crosby.  In this letter, I would like to share my son's life with you.

My brothers, sister and I were raised to understand the importance of family.  Through thick and thin, family would always be there to protect, love, and lend whatever was needed to each other.  We were also taught that everyone God put on this earth is equal, and to treat each person as we would want them to treat us.  Life could be very challenging, but we would grow stronger with each hurdle that we cleared and the new lessons that we would learn.  As a single mother raising Dan and his brother, I felt compelled to instill this philosophy with my sons.

As with many young single household families, there were financial hard times.  Dan's life included moving frequently to find affordable housing, a good school district, and adequate day care.  As a young boy, Dan faced early challenges of fitting in with the new schools, teachers, and making new friends.  He met these challenges head on, and with time, succeeded.  I was a single working mom.  Dan had three meals a day, clean clothes, and was able to take advantage of recreation that complemented our income.  Dan loved football and baseball.  He joined the Boys and Girl's Club that provided this opportunity. There were material things that he did without, but he always had the basics – love and the necessities.  Homework was always completed and checked, play time was afforded, and a routine in the household was followed that included plenty of rest.

One of the most difficult challenges Dan faced in his early life was to learn to accept his father's unwillingness to be a part of his life.  Children often blame themselves.  With the help of counseling and the love from our family, we moved forward.  In 1982, his grandfather passed, and his abandonment feelings returned.  Through time, understanding and love, Dan again passed this hurdle.

In High School Dan excelled.  His grades were outstanding and he became the Captain of his baseball team, a left handed pitcher.  He had many friends and began dating.  As when he was young, his friends always came to our home.  We had an open door policy, and this afforded the opportunity to spend more time with Dan as well as getting to know his friends.  Graduation came, and he was accepted at the University of Maryland College Park.  We were all very proud, as he was the first in our family to attend college.  Dan made new friends, joined a fraternity, and met his beautiful wife, April.  It was bitter sweet when he moved out of our home to begin his new college life.  However, he did come home frequently for my cooking.

After graduating from college, he secured a job, and married.  He purchased his first home, and was very proud.  This was a big responsibility, and he handled it with

commitment and success. Several years later, his first son, Chase, was born. I was asked by Dan and April to participate in my first grandson's birth on July 12, 2001. What a life altering experience! Yes, family is a wonderful blessing.

Dan's fathering skills with Chase amazed me. He had many sleepless nights, assisting with the feeding and caring for Chase. He was tender, loving, and so caring. Without his father as a role model in his life, he far exceeded my expectations. He was already a loving and caring husband, and now a strong, loving, and caring father that exercised discipline with understanding. His dedication was unwavering. On August 16, 2003, his second son, Gavin, was born. How proud he has made me.

I will close by thanking you for reading this letter and share that there are always challenges in our life. With these challenges come rewards and sometimes consequences. Accepting responsibility, as Dan said to me, is the first step in "righting a wrong". For this, I am again so very proud of him.

Judge Roberts, I know that Dan is sincerely sorry for finding himself in this situation. Truly, he is a good person who made a mistake. I have faith that he will grow from this experience and continue to be a good husband and father. Please exercise all of the compassion you may, as you consider what sentence will be appropriate.

Sincerely,

Deborah A. Gunn
2350 Duvall Road
Woodbine, MD 21797
240-876-9959
nagunn@msn.com