# Letter in Support of Daniel Crosby

# From Michael C. Crosby

*UNITED STATES vs. DANIEL CROSBY*
(Case No. CR-05-377-01 (RWR))

2856 W. Eastwood Ave, Apt 1
Chicago, IL 60625
(773) 588-5267
January 27, 2007

To the Honorable Judge Roberts:

RE: Case #05CR377, Daniel Thomas Crosby

My name is Michael Crosby, and I am the younger brother of Daniel Thomas Crosby. I am writing this letter to express to you how Dan has affected my life and to show what kind of person he is.

At a young age, Dan and I had to deal with the divorce of our parents. Dan had trouble coping with our father's reaction after our mother gained custody of us. While our mother and her family showed us love, our father seemed disinterested in our upbringing and pursued a new life with his new family. Dan took our father's lack of interest very hard and constantly tried to keep in contact with him throughout our childhood and into adulthood. I am not relaying this information to elicit a feeling of empathy, but rather, to explain Dan's beginnings and try to show how he was able to work past that loss, to show compassion for others, and to succeed with his life.

Being the "new man" of the house, Dan was always protective of me since I was his younger brother. Sure, we had our brotherly squabbles growing up, but he also defended me in situations of adversity and ensured that I was well cared for. My mother entrusted him to watch over me after school and while we were out exploring neighborhoods and playing together. He was (and is) my big brother who I respected. He excelled at sports, was independent by nature, and worked various jobs throughout high school and beyond. Lucky for us, my mom taught us the value of responsibility and tried to instill in us all of the lessons we would need to succeed in life.

As an adult, Dan has worked hard to excel in his professional career and to maintain his own family. He is a dedicated worker, putting in many hours to ensure his job gets done. As a family man, Dan has constantly tried to provide for his family the best way he can. Even though he is a busy person as a father, a husband, and a business man, he still takes time to call me periodically to ensure that I am doing ok, that I have everything I need, and that my life is progressing the way I want it. He has offered me support when he felt I needed it, and he has shown compassion during some of my own trying times.

I hope you can see that Dan is a very caring person. He was able to work past our difficult childhood and has tried his best to not make some of the mistakes as a father and care giver that our own father had made.

I appreciate your time in reviewing and considering what I have written in this letter.

Sincerely,

*Michael C. Crosby*
Michael C. Crosby