# Letter in Support of Daniel Crosby

# From Ed White

*UNITED STATES vs. DANIEL CROSBY*
(Case No. CR-05-377-01 (RWR))



February 28, 2007

The Honorable Richard Roberts
333 Constitution Avenue, NW
Washington, DC 20001

**Outstanding Agents.**
**Outstanding Results.**

    Re:    Case # 05CR377 - Daniel Thomas Crosby

Dear Judge Roberts:

I am the broker of record for RE/MAX Vision licensed in Maryland, Delaware, Virginia, and Washington D.C. I am writing this letter to express my desire to provide an accurate depiction of Daniel Crosby's character since his affiliation with our company in February of 2006.

I am a retired police officer from the Anne Arundel County Police Department and a licensed Realtor since 1988. I am an active member of the Professional Standards committee for the Anne Arundel County and the Public Policy Committee with the Maryland Association of Realtors. I take my role as broker of record very seriously and have a strong management team in place to insure quality of service and legal compliance.

Mr. Crosby has informed me of the charges against him. I have also had an opportunity to review the statement of facts provided by the U.S. Attorney. I am disappointed that real estate professionals have participated in a scheme to defraud our community. As a broker I am shocked that this situation could occur under the direction of a licensed real estate broker.

I believe in our system. I believe bad people should be punished. I believe sometimes good people make mistakes. I believe Mr. Cosby has made a mistake. I also believe he was misguided. I believe he is ultimately a good person who knows right from wrong. I believe if given a chance Mr. Crosby can be trusted and brings a stellar quality to our industry. Although I cannot speak for transactions that occurred prior to Mr. Crosby joining my company, I can tell you that he has established himself as a man of character and responsibility in my eyes as well as our entire office.

Respectfully,

Ed White, Broker

MD-DE-VA-DC

**RE/MAX Vision**
1662 Village Green • Crofton, Maryland 21114
Office: (410) 451-1900 • Fax: (410) 451-7250

Each Office Independently Owned and Operated