# Letter in Support of Daniel Crosby

# From Kelvin L. Reaves

*UNITED STATES vs. DANIEL CROSBY*
(Case No. CR-05-377-01 (RWR))

407 Oak Knoll Drive
Rockville, Maryland  20850

February 15, 2007

The Honorable Richard Roberts
333 Constitution Avenue, NW
Washington, DC  20001

      Re:    Case # 05CR377 - Daniel Thomas Crosby

Dear Judge Roberts:

My name is Kelvin Reaves and I am writing on behalf of my friend Daniel Crosby. I have a story to you tell you about REDEMPTION and my relationship with Danny. It goes as follows:

In the fall semester of 1993, I was a sophomore at the University of Maryland, College Park. I was an immature 19 year old student preparing to pledge Kappa Alpha Psi, one of the four Black Greek Fraternities at the university. During the pre-pledge process, I met Danny at a few of the functions that the big brothers held as they were narrowing down the individuals who would be chosen as pledges. As an African American, I (and many of the brothers) had a difficult time understanding why Danny would want to pledge a Black Fraternity. Danny and I were chosen as two of the six pledges. Over the next two months, the six selected pledges learned about the history of Kappa Alpha Psi.  The pledge process was hard for Danny, as he was alienated for being white. Danny proved his dedication to the fraternity, however, and became one of the brothers. After the process, I was the most vocal opponent of Danny holding any important position in the Fraternity. As the years passed, however, I started to notice that out of my five line brothers, Danny was the only one who stayed in touch, called on a regular basis, and took a true concern for me and my goals post college. As time passed, I began to see Danny for who he was, a true friend. The issues I had with him pledging a black fraternity were wrong. It took years for me to build up the nerve to apologize for the inappropriate attitude that I had towards Danny about becoming brother of Kappa Alpha Psi. So in 2002 (eight years after we officially became brothers), Danny and his wife were at my home for a gathering. Danny and I ended up on my deck alone and I finally apologized for being so insensitive. Danny's response was, "Kelvin, that was years ago. Don't worry about it. We are friends and brothers." That was it. It feels like we have been brothers forever!

Redemption – we have all made mistakes in life, just as I did with Danny. But I believe that none of us are short of redemption. Although Danny has made a huge mistake, I ask you to show him the mercy and understanding that he showed to me. He is a great person! Thank you for your time and consideration.

Sincerely,

Kelvin L. Reaves, Esq.
(202) 409-4129

1