UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CRIMINAL NO. 05-377 (RWR) |
| ) | |
| DANIEL CROSBY, ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |

**CONSENT MOTION FOR AN ORDER
TO RECOMMEND DESIGNATION AT
THE CORRECTIONAL TREATMENT FACILITY**

COMES NOW, Daniel Crosby ("Defendant"), through his counsel, and respectfully moves this Honorable Court to issue an order *recommending* that Defendant be placed in the Correctional Treatment Facilities (CTF) at the District of Columbia jail to serve his thirty (30) day sentence. In support of the instant motion, Defendant represents the following:

1. On March 9, 2007, Defendant was sentenced pursuant to a plea of guilty to Count I of an Information for Conspiracy to Commit Crimes Against the United States. Pending his designation, Defendant has remained on personal recognizance bond status before his voluntary surrender.

2. On March 27, 2007, this honorable Court entered its Judgment ordering *inter alia* that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a total term of 30 days.

4. Since the onset of events leading to his conviction and sentencing, Defendant has endured considerable stress which is physically manifested as a condition known as chronic irritable bowel syndrome (IBS). While this health condition is noted in the Presentence Investigation Report, it is referenced without highlighting the peril of the condition if not treated properly. *See Presentence Investigation Report,* at 10 ¶ 50.

5. As is evident from Defendant's treating physician, Defendant suffers from IBS and colitis that requires medications four times per day to avoid further irreversible complications.[1] Without proper treatment, Defendant's symptoms of pain and bowel movements are noted as "quite severe." *See* Exhibit 1 attached, medical note from treating physician Sobhan A. Mathew, M.D., Mar. 9, 2007.

6. While designation is clearly within the discretion of the Bureau of Prisons, we respectfully submit that the Court may (and should) make recommendations to the Bureau where appropriate.[2] Given the short period of incarceration ordered and Defendant's noted health condition, a recommendation for placement at CTF (or a similar medical detention facility) is warranted and will afford Defendant adequate medical attention while serving his thirty day sentence.

7. The United States has given its consent to the relief sought by Defendant.

---

[1] Colitis is a chronic inflammation of the membrane lining the colon. Colitis causes inflammation and sores, called ulcers, in the top layers of the lining of the large intestine. The inflammation makes the colon empty frequently, causing diarrhea. Ulcers form in places where the inflammation has killed colon lining cells. The ulcers bleed and produce pus and mucus. Severe complications of ulcerative colitis include perforation of the intestine (in which the wall of the intestine develops a hole), toxic dilation of the colon (in which the colon become quite large in diameter), and the development of colon cancer. *See* Merrriam-Webster On-Line Dictionary 2007 (www.m-w.com) (*citing* Rosalyn Carson-DeWitt, MD, The Gale Group Inc., Gale Encyclopedia of Medicine, 2002).

[2] The Judgment form contains a blank area for the Court to make recommendations to the Bureau of Prisons with regard to imprisonment.

WHEREFORE, the foregoing premises considered, Defendant respectfully requests that the Court issue an Order recommending designation at the Correctional Treatment Facility.

Respectfully submitted,

DANIEL CROSBY

By: /s/ Curtis A. Boykin

Douglas & Boykin PLLC
Curtis A. Boykin (# 444120)
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-03700/voice
(202) 776-0975/facsimile

Date: April 3, 2007

Attorneys for Defendant Daniel Crosby

## CERTIFICATE OF SERVICE

I, Curtis A. Boykin, hereby certify that on this 3rd day of April, 2007 I caused true and correct copies of the foregoing Consent Motion to Recommend Designation at the Correctional Treatment Facility to be served via first class mail, postage prepaid, on the United States of America through the office of the United States Attorney, in care of: Virginia Cheatham, Assistant United States Attorney, 555 4th Street, NW, Washington, DC 20530.

/s/ Curtis A. Boykin
Curtis A. Boykin

3