# SOBHAN A. MATHEW, M.D.
Tel: (301) 218-1456



Date: 3/7/07

Patient Name: DANIEL CROSBY

This is to certify that that the above named patient

☐ is unable to work from _____ through _____

☐ is unable to attend school from _____ through _____

☐ will be able to return to work on _____

☐ will be able to return to school on _____

☐ was seen in this office on _____

☒ DANIEL CROSBY IS UNDER MY CARE. HE SUFFERS FROM IRRITABLE BOWEL SYNDROME AND COLITIS THAT REQUIRES MEDICATIONS FOUR TIMES PER DAY. WITHOUT THIS HIS SYMPTOMS OF PAIN AND BOWEL MOVEMENTS ARE QUITE SEVERE. PLEASE AFFORD HIM ANY ACCOMODATIONS POSSIBLE

Sobhan Mathew, M.D.



DEFENDANT'S EXHIBIT
USA v. Crosby
05-377 (RWR)

3048 Mitchellville Road • Bowie, MD 20716 • Fax: (301) 218-1462