# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CRIMINAL NO. 05-377 (RWR) |
| ) | |
| DANIEL CROSBY, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## ORDER

The Court having considered Defendant Daniel Crosby's ("Defendant") Motion to Recommend Designation at the Correctional Treatment Facility and the attached medical note in support thereof, and having further considered the consent of the United States, it is this ____ day of April 2007, hereby

ORDERED that Defendant's motion be and hereby is GRANTED; and it is further

ORDERED that the Judgment of this Court entered on March 27, 2007, be and hereby is modified to add a recommendation to the Bureau of Prison that Defendant be placed in the Correctional Treatment Facilities (CTF) at the District of Columbia jail to serve his thirty (30) day sentence.

SO ORDERED.

_____
The Honorable Richard W. Roberts
United States District Judge

Curtis A. Boykin, Esquire
Douglas & Boykin PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036

Virginia Cheatham, Esquire
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530