## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-377 (RWR) |
| | ) | |
| DANIEL CROSBY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## CONSENT MOTION FOR AN ORDER
## TO RELEASE DEFENDANT'S PASSPORT

COMES NOW, Daniel Crosby ("Defendant"), through his counsel, and respectfully moves this Honorable Court to issue an order permitting the return of Defendant's passport which is currently in the possession of the United States Probation Office.  In support of the instant motion, Defendant represents the following:

1.      On March 9, 2007, Defendant was sentenced pursuant to a plea of guilty to Count I of an Information for Conspiracy to Commit Crimes Against the United States.

2.      On March 27, 2007, this honorable Court entered its Judgment ordering *inter alia* that:

  i.      Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a total term of 30 days;

  ii.      Defendant be placed on Supervised Release for a term of 36 months;

  iii.      Defendant serve 6 months in home detention under electronic monitoring with work release privileges;

  iv.      Defendant pay restitution to the named payee; and

  v.      Defendant work regularly at a lawful occupation.

3.      Since his sentencing, Defendant has completed his term of imprisonment, and successfully completed the term of his home detention without incident.[1]

---

1      Defendant's electronic monitoring started on July 10, 2007 and ended on January 4, 2008.  No violations whatsoever occurred during this period.  In addition, as required under his Standard Conditions of Supervision, Defendant timely and regularly met with his probation

4.      Defendant has also satisfied his restitution obligation in full.  *See* attached letter dated July 3, 2007, from United States Department of Justice Financial Litigation Unit.

5.      Defendant is currently providing consulting services to a business, and as part of his responsibilities, he is required to develop a sales and marketing strategy to promote and distribute eco-friendly construction material.  The marketing may require international travel and therefore, Defendant would need to have his passport returned.

6.      Given Defendant's compliance with all terms of his probation thus far imposed, we respectfully submit that the Court should grant Defendant's request.  He has demonstratively shown that he will continue to keep his probation officer informed of his activities, and he will comply any and all future requests of the United States Probation Office.

7.      The United States has given its consent to the relief sought by Defendant.

WHEREFORE, the foregoing premises considered, Defendant respectfully requests that the Court issue an Order permitting the return of his passport.

Respectfully submitted,

By:    */s/ Curtis A. Boykin*
Douglas & Boykin PLLC
Curtis A. Boykin (# 444120)
Frederick A. Douglas  (# 197897)
1850 M Street, NW – Suite 640
Washington, DC  20036
(202) 776-0370, voice
(202) 776-0975, facsimile

Date:   January 18, 2008              *Attorneys for Daniel Crosby*

officer and submitted all monthly status reports as required by the United States Probation Office.

## **CERTIFICATE OF SERVICE**

I, Curtis A. Boykin, hereby certify that on this ____ day of January, 2008 I caused true and correct copies of the foregoing Consent Motion for an Order to Release Defendant's Passport to be served via first class mail, postage prepaid, on the United States of America through the office of the United States Attorney, in care of:  Virginia Cheatham, Assistant United States Attorney, 555 4th Street, NW, Washington, DC 20530.

_____
Curtis A. Boykin