

**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

**July 3, 2007**

Daniel Crosby
8505 River Park Road
Bowie, MD 20715

      Re: United States. v. Daniel Crosby
          Criminal Action No. 05-CR-377

Dear Mr. Crosby:

    The above-captioned matter has been paid in full.

    If you should have further questions and/or concerns regarding this matter, please contact me at 202-514-7215.

                        Sincerely,

                        JEFFREY A. TAYLOR
                        United States Attorney

               By: *[signature]*
                      L. LaShawn Greene
                      Financial Litigation Agent
                      Financial Litigation Unit