## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CRIMINAL NO. 05-377 (RWR) |
| ) | |
| DANIEL CROSBY, ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |

### ORDER

The Court having considered Defendant Daniel Crosby's ("Defendant") Motion for An Order to Release his Passport, and having further considered the consent of the United States, it is this ____ day of January 2008, hereby

ORDERED that Defendant's motion be and hereby is GRANTED; and it is further

ORDERED that the United States Probation Office shall release Defendant's passport to him forthwith.

SO ORDERED.

_____
The Honorable Richard W. Roberts
United States District Judge

Curtis A. Boykin, Esquire
Douglas & Boykin PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036

Virginia Cheatham, Esquire
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530