FILED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-377 (RWR) |
| | ) | |
| DANIEL CROSBY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER

The Court having considered Defendant Daniel Crosby's ("Defendant") Motion for An Order to Release his Passport, and having further considered the consent of the United States, it is this 22nd day of January 2008, hereby

ORDERED that Defendant's motion be and hereby is GRANTED; and it is further

ORDERED that the United States Probation Office shall release Defendant's passport to him forthwith.

SO ORDERED.

_____
The Honorable Richard W. Roberts
United States District Judge

Curtis A. Boykin, Esquire
Douglas & Boykin PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036

Virginia Cheatham, Esquire
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530